UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS EDWARD FRASER,

    Plaintiff,

v.                                                                                          Case Number: 09-14906
                                                                                            Honorable Denise Page Hood

LIVINGSTON COUNTY,
COUNTY SHERIFF ROBERT BEZOTTE,
TARA BLACK,
SHANA ADKINS,

    Defendants.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated March 25, 2011, this cause of action is **DISMISSED**.

Dated at Detroit, Michigan this _25th_ day of March, 2011.

                                                DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              BY: s/Felicia Moses

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE